**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS MULLENEAUX | Case No.: CV 16-8960 DSF (ASx) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Dated: 6/5/17

_____
Dale S. Fischer
United States District Judge